# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ELAINE L. CHAO,

    Plaintiff(s),

vs.

LOCAL 872, et al.,

    Defendant(s).

CV-S-04-638 RCJ(LRL)

**MINUTES OF COURT**

June 13, 2005

**PRESENT:** THE HONORABLE ROBERT C. JONES, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** B. J. PRICE     **RECORDER:** LILIA ABARCA DE CARTER

**COUNSEL FOR PLAINTIFF(S):** ROGER W. WENTHE

**COUNSEL FOR DEFENDANT(S):** DAVID ROSENFELD

**PROCEEDINGS:** ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#28) DEFENDANT'S MOTION TO STRIKE EVIDENCE IN PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#34) CROSS MOTION FOR SUMMARY JUDGMENT (#35)

9:22 a.m. THE CASE IS CALLED.

The Court hears the arguments of Counsel. Mr. Wenthe requests reimbursement for mailing costs of the September 2003 election. Mr. Rosenfeld stipulates the elections be held in April.

**IT IS HEREBY ORDERED** the motion to strike will be denied. The Court will rule in the Government's favor. It is mandated that the elections go forth on the scheduled date. The Government may supervise the election. Counsel is direct to prepare and submit an order for the Court's signature.

10:00 a.m. THE NEXT CASE IS CALLED.

LANCE S. WILSON, CLERK

BY: _____
       Deputy Clerk

41