David A. Rosenfeld (058163)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Defendant
Laborers Local 872

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br><br>Plaintiff,<br><br>v.<br><br>Local 872, Laborers' International Union of<br>North America, AFL-CIO,<br><br>Defendant. | ) No.    CV-S-04-0638 RCJ-LRL<br>)<br>)<br>) **STIPULATION AND ORDER FOR**<br>) **MODIFICATION OF ORDER AND**<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties to this matter, Elaine L. Chao as the Secretary of Labor, and Laborers' Local 872, hereby stipulate to the following modification of the Court's Order concluding this matter.

The parties stipulate to modify the dates for the next regularly scheduled election of officers to allow nominations to occur in May of 2006 and the ballots to be mailed in May of 2006. The election shall be conducted on the terms of the governing documents and shall be supervised by the Department of Labor.

///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Dated: February 10, 2006

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
David A. Rosenfeld
Attorneys for Defendant

Dated:

For the Plaintiff:

DANIEL G. BOGDEN
UNITED STATES ATTORNEY

By: _____
Roger W. Wenthe
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated:    February 17, 2006.    _____

_____
UNITED STATES DISTRICT JUDGE

106508/410264

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001