DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Telephone: (702) 388-6336
Fax: (702) 388-6787

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. CV-S-04-0638-RCJ-LRL |
| v. ) | |
| ) | |
| LOCAL 872, LABORERS' INTERNATIONAL ) | |
| UNION OF NORTH AMERICA, AFL-CIO, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION OF ELECTION**

The election having been conducted in the above matter under the supervision of the

United States Department of Labor, pursuant to an Order entered June 29, 2005 and a Stipulation

and Order for Modification of Order and Judgment dated February 17, 2006 in the United States

District Court for the District of Nevada, and no protests having been received after the

uncontested election results were announced, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure

Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

1

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| David McCune | President |
| Ronnie Norwood | Vice-President |
| Patrick Donnan | Recording Secretary |
| Thomas White | Business Manager/Secretary-Treasurer and Delegate to the District Council |
| William Swena | Sergeant-at-Arms |
| Mark Edgel | Auditor |
| Ernest Ixtlahuac | Auditor |
| Frank Ocegueda | Executive Board |
| James Martial | Executive Board |
| Victor Espinoza | Executive Board |
| Patrick Donnan | Delegate to the District Council |
| Victor Espinoza | Delegate to the District Council |
| Mark Edgel | Delegate to the District Council |

Signed this __19th__ day of __July__, 2006.

_Patricia Fox_

PATRICIA FOX
Acting Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor