DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787

Attorneys for United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE L. CHAO,<br><br>                          Plaintiff,<br><br>v.<br><br>LOCAL 872, LABORERS' INTERNATIONAL<br>UNION OF NORTH AMERICA, AFL-CIO,<br><br>                          Defendant. | )<br>)<br>)<br>) Case No. 2:04-cv-0638-RCJ-LRL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION TO DISMISS ACTION**

The parties, by their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree to request the Court to dismiss this action with prejudice, with each side to bear its own costs and fees.  In support of their motion, the parties state that the supervised union election required by the Court's orders of June 29, 2005 and February 17, 2006 has been held, the results have been certified, and all matters in controversy in this action have been resolved.

For the Plaintiff:                                      For the Defendant:

DANIEL G. BOGDEN
United States Attorney

 /s/ Roger Wenthe                                   /s/ David Rosenfeld
ROGER W. WENTHE                          David Rosenfeld, Esq.
Assistant United States Attorney              Attorney for Defendant

Date:  8/3/06                                      Date:  8/3/06

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____